1  Cindy Hamilton (SBN CA 217951)
   Shauna E Imanaka (SBN CA 315742)
2  GREENBERG TAURIG, LLP
   1900 University Avenue, 5th Floor
3  East Palo Alto, California 94303
   Telephone: 650.328.8500
4  Facsimile: 650.328.8508
   hamiltonc@gtlaw.com
5  imanakas@gtlaw.com

6  Attorneys for Defendant
   HOLIDAY INN CLUB VACATIONS INCORPORATED
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 DARRELL ARCHIE,                        CASE NO. 3:25-cv-08429-SVK

12     Plaintiff,                         **DEFENDANT HOLIDAY INN CLUB VACATIONS INCORPORATED'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES**
13 v.                                     **[FED R CIV PROC 7.1]**

14 HOLIDAY INN CLUB VACATIONS
   INCORPORATED; and DOES 1 through 10,
15 inclusive,

16     Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

**TO THE COURT AND ALL PARTIES OF RECORD:**

The undersigned, counsel of record for Defendant Holiday Inn Club Vacations Incorporated ("Holiday Inn") certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualifications or recusal.

- Defendant Holiday Inn Club Vacations Incorporated;
- Wilson Orange Lake Holdings, LLC (partial owner of Defendant);
- Madison OL FLF Borrower 1, LLC (partial owner of Defendant);

DATED: October 7, 2025

GREENBERG TRAURIG, LLP

By:   */s/ Cindy Hamilton*
Cindy Hamilton
Shauna Imanaka

Attorneys for Defendant
HOLIDAY INN CLUB VACATIONS INCORPORATED