Jeremy S. Golden (SBN 228007)
Cory M. Teed (SBN 299780)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
jeremy@goldencardona.com
Phone: 619-476-0030; Fax: 775-898-5471
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL ARCHIE,<br><br>      Plaintiff,<br><br>v.<br><br>HOLIDAY INN CLUB VACATIONS INCORPORATED; and DOES 1 through 10, inclusive,<br><br>      Defendants. | Case No.: 25-CV-08429-SVK<br><br>**Certificate and Notice of Interested Parties** |

To:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned counsel of record for DARRELL ARCHIE (or party appearing in pro per), certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| Party | Connection |
|---|---|
| DARRELL ARCHIE | PLAINTIFF |
| HOLIDAY INN CLUB VACATIONS INCORPORATED | DEFENDANT |

Date: December 3, 2025          /s/Jeremy S. Golden_____
                                                                Jeremy S. Golden
                                                                Attorney for Plaintiff