Jeremy S. Golden, Esq. (SBN 228007)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
jeremy@goldencardona.com
Phone: 619-476-0030; Fax: 775-898-5471
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL ARCHIE, | ) Case No.: 25-CV-08429-SVK |
| Plaintiff, | ) **ORDER DISMISSING ENTIRE** |
| | ) **ACTION WITH PREJUDICE** |
| v. | ) |
| HOLIDAY INN CLUB VACATIONS INCORPORATED; and DOES 1 through 10, inclusive, | ) |
| Defendants. | ) |

Pursuant to the stipulation this court hereby dismisses this action with prejudice. Each party to bear its own fees and costs.

IT IS SO ORDERED

DATE: March 2, 2026          BY: _Susan van Keulen_____
                             HON. SUSAN VAN KEULEN
                             UNITED STATES MAGISTRATE JUDGE